UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Crim. No. 11-707 (JLL) |
| | : | |
| v. | : | |
| | : | Hon. Jose L. Linares |
| | : | |
| OGHENOVO ATAVWIGHO | : | O R D E R |

This matter having come before the Court on the motion of Defendant, Oghenovo Atavwigho, appearing *pro se*, for early termination of his probation pursuant to 18 U.S.C. § 3564(c); and the Court having considered the motion, the records of proceedings in this matter, and the opposition of the United States to the motion, (Daniel V. Shapiro, Assistant U.S. Attorney, appearing); and for good cause shown,

IT IS on this 15 day of, Oct. 2012,

ORDERED that Defendant Atavwigho's motion for early termination of his probation is denied.

_____
HON. JOSE L. LINARES
United States District Judge